DAVID JAMES TRAPP, SB #121274
Attorney at Law
501 Stockton Ave.
San Jose, CA  95126
Telephone: (408) 298-2566

Attorney for Debtor(s)
Ezequiel R. Hinojos

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  

    EZEQUIEL R. HINOJOS

            Debtor(s)
_____/

CHAPTER 13
CASE NO. 14-53083 ASW

MOTION TO DISMISS
CHAPTER 13 CASE

Date: April 20, 2015
Time: 2:30 PM
Room: 3020

    Debtor Ezequiel R. Hinojos hereby move the court for an order dismissing his chapter 13 case pursuant to 11 U.S.C. 1307(b).

    There are no pending motions to convert this case to chapter 7, nor are there any pending motions to dismiss this case with prejudice.  This case was not previously converted to a chapter 13 pursuant to Code sections 706, 1112, or 1208.

    Respectfully submitted.

Dated: March 10, 2015        /s/ David James Trapp, #121274
                                        Attorney for Debtor