```
DAVID JAMES TRAPP, SB #121274
Attorney at Law
501 Stockton Ave.
San Jose, CA  95126
Telephone: (408) 298-2566

Attorney for Debtor(s)
Ezequiel R. Hinojos
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In Re:                              CHAPTER 13
                                    CASE NO. 14-53083 ASW
    EZEQUIEL R. HINOJOS

                                    Date: April 20, 2015
            Debtor(s)                Time: 2:30 PM
_____/        Room: 3020
```

**NOTICE OF MOTION FOR ORDER TO DISMISS CASE**

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that Debtor has file a motion to dismiss his chapter 13 bankruptcy case, and that a hearing on the motion will be held in the United States Bankruptcy Court, 280 South First Street, Room 3020, San Jose, California, on April 20, 2015, at 2:30 PM, or as soon thereafter as the matter may be heard.

Any party wishing to object to the motion herein must file and serve an objection according to the Rules of Court.

```
Dated: March 10, 2015        /s/ David James Trapp, #121274
                             DAVID JAMES TRAPP
                             Attorney for Debtors
```