```
DAVID JAMES TRAPP, SB #121274
Attorney at Law
501 Stockton Ave.
San Jose, CA  95126
Telephone: (408) 298-2566

Attorney for Debtor(s)
Ezequiel R. Hinojos
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                CHAPTER 13
                                      CASE NO. 14-53083 ASW
    EZEQUIEL R. HINOJOS
                                      DECLARATION OF DEBTOR
                                      IN SUPPORT OF MOTION TO
              Debtor(s)               DISMISS CASE

                                      Date: April 20, 2015
                                      Time: 2:30 PM
_____/      Room: 3020

   I, Ezequiel R. Hinojos, am the debtor in the above action.  I am an adult living in Santa Clara County California.  I have personal knowledge of the facts stated herein and could competently testify thereto.

   Pursuant to 11 U.S.C. 1307(b), I hereby request that the court dismiss my chapter 13 case.  There are no pending motions to convert this case to chapter 7, nor are there any pending motions to dismiss the case with prejudice.  This case was not previously converted to a chapter 13 pursuant to Code sections 706, 1112, or 1208.

   I decided to request this dismissal primarily because one principal creditor, Asset Ventures, has apparently gone out of business and can no longer pursue me by law.  I believe I can

better take care of my remaining debts outside of bankruptcy court.

I declare under penalty of perjury under the laws of the State of California that the facts stated herein are true.

Executed on March 10, 2015, at San Jose, California.

/s/ Ezequiel R. Hinojos
_____
Ezequiel R. Hinojos